UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF | * | CIVIL ACTION NO. |
| GABRIEL LASALA, | * | |
| AS OWNER OF THE | * | SECTION: |
| 2016 WORLD CAT | * | |
| MODEL 295CC, | * | JUDGE: |
| FOR EXONERATION FROM | * | |
| OR LIMITATION OF LIABILITY | * | MAGISTRATE: |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

NOW INTO COURT, through undersigned counsel, comes Gabriel Lasala, owner of the 2016 World Cat Model 295CC watercraft, bearing HIN number EPY03582A616, in rem, seeking exoneration from, or alternatively limitation of liability, who with respect, alleges, avers and specifically represents, upon information and belief, as follows:

I.

This is an action filed pursuant to the Ship Owner's Limitation of Liability Act, 46 U.S.C. § 30501, et seq. Jurisdiction is proper in this Court pursuant to its admiralty and maritime jurisdiction under 28 U.S.C. § 1333. This matter involves an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

II.

Venue is proper in the United States District Court for the Eastern District of Louisiana pursuant to Rule F(9) of the Supplemental Rules of Certain Admiralty and Maritime Claims inasmuch as the vessel has not been attached or arrested, nor has suit been filed against the owner.

III.

Gabriel Lasala ("Lasala") is a person of full age and majority and a resident of and domiciled in St. Tammany Parish, Louisiana.

IV.

At all times material hereto, Lasala was the owner of the 2016 World Cat Model 295CC watercraft (sometimes referred to as "vessel"), bearing HIN number EPY03582A616. The vessel was 29.1 feet in length and 9.6 feet in width. The vessel was tight, staunch, strong, properly equipped and manned, and was in all respects seaworthy and fit for service at the start of the voyage.

V.

At all relevant times, Lasala exercised due diligence to make and maintain the vessel seaworthy and reasonably fit for the service in which she was engaged.

VI.

On the evening of April 28, 2018, Lasala, along with Dale Presser; his minor son, C.P.; Randall Patterson; and Marc Junot were aboard his 2016 World Cat Model 295CC proceeding from Freemason Island out into the Gulf of Mexico to go tuna fishing. Lasala was operating the vessel at all times pertinent hereto. As they were proceeding out into the Gulf of Mexico, Lasala never observed any lights from the Cantium L.L.C. platform located at latitude 29*28.440 and longitude 89*59.520. Because the platform was not illuminated or illuminated in such a manner to advise mariners of its location, the vessel struck the platform, potentially damaging the platform. The individuals on the vessel have alleged injuries. There are no other known alleged injuries, injuries or claims for damages.

VII.

Plaintiff specifically avers that the aforesaid alleged incident and resulting losses, damages and/or injuries were neither caused nor contributed to by any fault or neglect on the part of the plaintiff nor anyone for whose actions plaintiff is responsible, but on the contrary, was caused solely by the negligence and/or neglect of other parties for whom plaintiff is not responsible and/or by conditions for which plaintiff is not responsible. Plaintiff avers that he has a valid defense to any such claims and desires to contest his liability for any such claims, and further avers that he is entitled to a decree exonerating him from liability.

VIII.

In the alternative, and without admitting liability, but in fact denying same, Lasala avers that in the event he and/or the 2016 World Cat Model 295CC, bearing HIN number EPY03582A616, be held responsible to any person or concern by reason of the matters or events mentioned herein, or any consequences thereof, Lasala and the 2016 World Cat Model 295CC, bearing HIN number EPY03582A616, hereby formally claim the benefit of limitation of liability as provided for in the Limitation of Vessel Owners' Liability Act, 46 U.S.C. §3051, et seq., and any and all laws supplementary thereto to amendatory thereof.

IX.

Additionally and alternatively, the alleged losses, damages, injuries and delays to any and all persons or concerns arising from the subject incident were occasioned by and occurred without the privity, knowledge, design, neglect or fault of Lasala or anyone for whom Lasala may be responsible.

X.

Further, in the alternative, Lasala would show that the subject incident was the result of an inevitable and/or unavoidable accident, an Act of God, and/or the fault and/or neglect of other persons, concerns or property for whom or for which Lasala should not and cannot be held liable.

XI.

To date, Lasala is aware of the following potential claims as a result of the April 28, 2018, incident: (1) Dale Presser; (2) Dale Presser's minor child, C.P.; (3) Randall Patterson; (4) Marc Junot; and (5) Cantium L.L.C.

XII.

Except as stated in Article XI, there are no other known claims, demands, unsatisfied liens or lawsuits pending against Lasala or against the 2016 World Cat Model 295CC, bearing HIN number EPY03582A616.

XIII.

Nevertheless, upon information and belief, Lasala suspects that there may be claims arising out of the aforesaid incident which may be asserted in the future against Lasala or against the 2016 World Cat Model 295CC, bearing HIN number EPY03582A616.

XIV.

The amount of the claims and demands asserted by the parties, including those claims that may be asserted in the future, may exceed the amount and value of Lasala's interest in the 2016 World Cat Model 295CC, bearing HIN number EPY03582A616, (including pending freight) immediately after the incident on April 28, 2018.

XV.

Plaintiff's interest in the 2016 World Cat Model 295CC, bearing HIN number EPY03582A616, at the end of the voyage in question, did not and does not now exceed the sum of ONE THOUSAND THREE HUNDRED AND NO/100 ($1,300.00) DOLLARS, as evidenced by the Declaration of Value executed by William A. Kyle, filed herewith. There was no freight pending at the time.

XVI.

Plaintiff avers that if he should be held liable in any degree to anyone, the liability should be limited to and not exceed the value of plaintiff's interest in the aforementioned 2016 World Cat Model 295CC, bearing HIN number EPY03582A616, in the aggregate of ONE THOUSAND THREE HUNDRED AND NO/100 ($1,300.00) DOLLARS.

XVII.

Plaintiff does not know the nature or total amount of all claims that may be made for loss of life, injury, loss, damage or destruction arising out of the aforementioned incident, but anticipates and believes that suits and claims will be asserted and prosecuted against him in amounts exceeding the total sum or sums for which plaintiff may be legally responsible or may be required to pay under the applicable statutes governing exoneration from or limitation of liability.

XVIII.

There are no demands, unsatisfied claims or liens against the 2016 World Cat Model 295CC arising out of the voyage hereinafter described, or any suits pending thereon, so far as known to plaintiff, except as set forth herein.

XIX.

Based on present knowledge and belief, the only other claimants who will assert or may assert claims against plaintiff as a result of the subject incident involving the vessel are: Dale Presser, Dale Presser, on behalf of his minor child, C.P., Randall Patterson, Marc Junot, and Cantium L.L.C. These individuals are known to be represented by counsel.

XX.

This Complaint is filed within six months of plaintiff first receiving written notice of the claim from any claimant following the aforesaid casualty. Plaintiff did not receive written notice of a claim until May 24, 2018. The voyage upon which said casualty is alleged to have occurred, and on which the claims and demands sought to be limited, allegedly arose and terminated on April 28, 2018, in the Gulf of Mexico at latitude 29*28.440 and longitude 89*59.520.

XXI.

Plaintiff herewith deposits with the Court, its ad interim Stipulation and bond in the sum of ONE THOUSAND THREE HUNDRED AND NO/100 ($1,300.00) DOLLARS, representing the total value of the 2016 World Cat Model 295CC, her appurtenances and pending freight, plus interest at the rate of six percent per annum from the date of said Stipulation, and in addition thereto plaintiff is prepared to give bond or stipulation for any amount in excess of said ad interim Stipulation as may be ascertained and determined to be necessary under any Orders of this Court.

XXII.

On April 28, 2018, there was no pending freight on the 2016 World Cat Model 295CC, bearing HIN number EPY03582A616.

XXIII.

Plaintiff specifically pleads exoneration from liability for any and all claims for damages or losses of any nature whatsoever resulting from or in any way connected with the casualty allegedly involving the 2016 World Cat Model 295CC on or about April 28, 2018.

Alternatively, plaintiff, without admitting, but affirmatively denying all liability, claims the benefits of limitation of liability as provided under 46 USC §30501, et seq., and the various statutes supplemental thereto and amendatory thereof, including Rule F of the Supplemental Rules of Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure; and to that end, plaintiff herein deposits a bond in the amount of the aforesaid ad interim Stipulation.

XXIV.

Should it later appear that plaintiff is or may be liable and that amount or value of plaintiff's interest in the 2016 World Cat Model 295CC and her pending freight is not sufficient to pay all losses in full, then all claimants shall be made to share pro rata in the aforesaid sum represented by the ad interim Stipulation, saving unto claimants any rights or priority they may have as ordered by the Court or as provided by the limitation statutes, the Federal Rules of Civil Procedure, the General Maritime Law or the rules and practices of this Honorable Court.

XXV.

It is Petitioner's understanding that the $250.00 cost bond formerly required by 46 U.S.C. § 30501, et seq., Rule F of the Supplemental Rules for Certain Admiralty and Maritime claims, and Local Authority Rule 65.1.1, is no longer required by this Court. If Petitioner is mistaken in that understanding, Petitioner stands ready to furnish such security for costs.

XXVI.

All and singular, the premises of this Complaint are true and correct and are within the jurisdiction of the United States and this Honorable Court.

**WHEREFORE,** plaintiff prays that:

1. This Court enter an Order approving the Security for Costs filed by plaintiff herein on which plaintiff is principal;

2. This Court enter an Order approving, as to quantum, form, and surety, the ad interim Stipulation and bond filed by plaintiff herein in the amount of ONE THOUSAND THREE HUNDRED AND NO/100 ($1,300.00) DOLLARS, with six percent interest from the date of such Stipulation, pending any appraisal as may be ordered by the Court of the amount of principal's interest in said value and its pending freight;

3. That if any claimant who shall have filed a claim shall also file an exception controverting the value of the 2016 World Cat Model 295CC, bearing HIN number EPY03582A616, as alleged herein, this Court shall cause due appraisement to be had of the value of the said vessel following the incident and of the value of Complainant's interest therein, and in which event this Court shall

enter an Order for the filing of an amended ad interim Stipulation for the aggregate value, as to be determined, of Complainant's interest in the said vessel;

4. This Court issue a notice to all persons asserting claims with respect to which the Complaint seeks exoneration from or limitation from liability, admonishing them to file their respective claims with the Clerk of Court and to serve on the undersigned attorneys for plaintiff a copy thereof on or before a date to be named in the notice, and that if any claimant desires to contest either the right to exoneration from or the right to limitation of liability, he shall file and serve on the attorneys for plaintiff an Answer to Complaint on or before the said date, unless his claim has included an answer, so designated;

5. This Court enjoins the further prosecution of any and all actions, suits and proceedings already commenced and the commencement of prosecution thereafter of any and all actions, suits or proceedings, of any nature or description whatsoever in any jurisdiction against plaintiff, his insurers, as aforesaid, and/or against the 2016 World Cat Model 295CC or against any property of the plaintiff, except in this action, to recover damages for in respect of any loss, damage, death, injury or destruction caused by or resulting from the aforesaid casualty, or done, occasioned or incurred on the subject voyage;

6. This Court adjudges that plaintiff is not liable to any extent for any damages or losses or for said casualty, done, occasioned or incurred on the subject voyage;

7. In the alternative, if plaintiff shall be adjudged liable, then that such liability be limited to the amount or value of plaintiff’s interest in the 2016 World Cat Model

295CC and her pending freight, as aforesaid, at the end of the voyage on which she was engaged at the time of the said casualty, and that plaintiff be discharged therefrom upon the surrender of such interest, and that the money surrendered, paid or secured to be paid, be divided pro rata according to the hereinabove mentioned statutes, among such claimants as may duly prove their claims in accordance with the provisions of the Order hereinabove prayed for, saving to all parties any priorities to which they may be legally entitled, and that a decree may be entered, discharging plaintiff from further liability; and

8. That plaintiff may have such other, further or different relief as may be just in the circumstances.

Respectfully submitted,

**BLUE WILLIAMS, L.L.P.**

*/s/ Paul D. Palermo*

PAUL D. PALERMO (LBA #19725)
CRAIG V. SWEENEY (LBA #23954)
3421 North Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone (504) 831-4091
Facsimile (504) 837-1182
ppalermo@bluewilliams.com
csweeney@bluewilliams.com
Attorneys for Gabriel Lasala