**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF GABRIEL LASALA, AS OWNER OF THE 2016 WORLD CAT MODEL 295CC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NO. 18-11057 c/w 18-11138, 19-9706 19-9798, 19-9819**<br><br>**SECTION D (2)** |

**FINAL WILL CALL WITNESS**
**LIST ON BEHALF OF PRESSER PLAINTIFFS**

In accordance with this Honorable Court's Order in its Trial Preparations and Procedures Order (Rec. Doc. 239), the Presser Plaintiffs file this Will Call Witness List for the trial commencing on June 16, 2021.

1) Dr. Dale Presser;

2) C.P.;

3) Sally Presser;

4) Dr. Gabriel Lasala;

5) Dr. Ramy El Khoury;

6) Dr. Marco Hidalgo;

7) Dr. Abigail Chaffin;

8) Martin "Bubby" Fischer;

9) Dr. Randy Rice;

10) Dr. Daniel Trahant - by perpetuation deposition;

11) Dr. Shaun Carpenter - by perpetuation deposition; and

12) Dr. Jeremy James - by perpetuation deposition.

RESPECTFULLY SUBMITTED,

**SHEARMAN~DENENEA, L.L.C.**

**/s/ Brian G. Shearman**

**BRIAN G. SHEARMAN (#19151)**
**JOHN H. DENENEA, JR. (#18861)**
4240 Canal Street, 2nd Floor
New Orleans, LA 70119
Telephone: (504) 304-4582
Fax: (504) 304-4587
Email: bshearman@midcitylaw.com
Email: jdenenea@midcitylaw.com
*Attorneys for the Presser Plainitffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of June, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to those participants in the CM/ECF filing system.

I further certify that there are no non-CM/ECF participants in this matter.

**/s/ Brian G. Shearman**
**BRIAN G. SHEARMAN**