UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN THE MATTER OF<br>GABRIEL LASALA, AS<br><br><br>OWNER OF THE 2016<br>WORLD CAT MODEL<br>295CC, FOR EXONERATION FROM<br>OR LIMITATION OF LIABILITY | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | CIVIL ACTION 18-11057 c/w 18-11138,<br>19-9706, 19-9798, 19-9819<br><br>REF: ALL<br><br>JUDGE: WENDY B. VITTER<br><br>MAGISTRATE: DONNA P. CURRAULT |

******************************************************************************

**PLAINTIFFS' WILL CALL WITNESS LIST**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Gabriel Lasala, who will call the following witnesses at the trial of this matter as listed and described in the Pre Trial Order:

1. Dr. Gabriel Lasala
   - *Facts leading to and allision; injuries; treatment; limitations; and disability; Special damages per number 8g of the Pre-Trial Order; fact witness to testify regarding his background; purchase and maintenance of his 2016 World Cat; and events of April 28, 2018*

2. Rechel Lasala
   - *Fact Witness*

3. Marc Junot
   - *Facts and circumstances preceding up to allision and post allision while on platform re: absence of light, required lighting, darkness on levels of platform; facts surrounding rescue attempts; facts about the accident; fact witness to testify regarding events of April 28, 2018*

4. Charles Clark
   - *Expert testimony regarding reasonableness of actions by Dr. Lasala; conditions of Dr. Lasala's vessel, conditions of Cantium platform including permits and violations of CFRs; issues regarding spoliation of evidence, visibility conditions*

5. Richard Celentano, M.D.
   *- Initial injuries and treatment; post-discharge treatment and surgery; limitations and disability; future surgeries; pain and suffering*

Will Call by Deposition Excerpts Only:

6. Corey Ciekot

7. Capt. Rob Buck

8. Jason Bowens

9. John Hebert

Respectfully submitted,
**THE GLORIOSO LAW FIRM**

*/s/ Maria B. Glorioso*
VINCENT J. GLORIOSO, JR. (#6064)
MARIA B. GLORIOSO (#24435)
2716 Athania Parkway
Metairie, LA 70002
T: (504) 569-9999
F: (504) 569-9022
E: maria@gtorts.com

***Attorneys for Plaintiffs, Gabriel Lasala***

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June 2021, a true and correct copy of the foregoing has been submitted to the Clerk of Court for filing and electronic service via the Court's CCM/ECF system on all counsel of record.

/s/ *Maria B. Glorioso*
MARIA B. GLORIOSO (#24435)