**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF GABRIEL LASALA, AS OWNER OF THE 2016 WORLD CAT MODEL 295CC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NO. 18-11057 c/w 18-11138, 19-9706 19-9798, 19-9819**<br><br>**SECTION D (2)** |

**THIS DOCUMENT RELATES TO ALL CASES**

**JUDGMENT**

In accordance with the Court's Findings of Fact and Conclusions of Law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that docket Nos. 18-cv-11057, 18-cv-11138, 19-cv-9706, and 19-cv-9819 be closed.

**IT IS FURTHER ORDERED** that docket No. 19-cv-9798 be deconsolidated and not closed. The Court will issue a scheduling order in 19-cv-9798 in due course.

**IT IS FURTHER ORDERED** that it is the responsibility of counsel to jointly designate the documents in the docket No. 18-11057 record necessary to the continued litigation of the separated case (docket No. 19-9798) and to file such designation with the clerk within fourteen (14) days of the deconsolidation order.

New Orleans, Louisiana, October 29, 2021.

Wendy B Vitter

**WENDY B. VITTER**
**United States District Judge**