**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN THE MATTER OF GABRIEL LASALA, AS OWNER OF THE 2016 WORLD CAT MODEL 295CC, FOR EXONERATION FROM OR LIMITATION OF LIABILITY** | **CIVIL ACTION**<br><br>**NO. 18-11057 c/w 18-11138, 19-9706 19-9798, 19-9819**<br><br>**SECTION: D (2)** |

**THIS DOCUMENT RELATES TO ALL CASES**

# SECOND AMENDED FINAL JUDGMENT

This matter was tried by the Court from June 17, 2021 through June 23, 2021. Following the bench trial in this matter, the Court issued Findings of Fact and Conclusions of Law on October 29, 2021 and a Final Judgment.[1] Thereafter, various parties filed Motions to Amend Judgment and Findings of Fact, which were granted[2] and an Amended Findings of Fact and Conclusions of Law was issued and an Amended Final Judgment was entered.[3] The following is a Second Amended Final Judgment in conformity with the Amended Findings of Fact and Conclusions of Law,[4] which closes Docket Nos. 18-cv-11057, 18-cv-11138, and 19-cv-9706.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that this Court finds Gabriel Lasala to be 85% liable for the April 28, 2018 allision and Cantium, LLC to be 15% liable for the April 28, 2018 allision.

---

[1] R. Doc. 305 and 306, respectively.
[2] Generally, R. Docs. 309 and 310.
[3] R. Doc. 343 and R. Doc. 344, respectively.
[4] R. Doc. 343.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Gabriel Lasala is awarded $780,528.51, plus reasonable prejudgment interest. Cantium, LLC is liable for 15% of this amount, totaling $117,079.28, plus reasonable prejudgment interest.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Dale Presser is awarded $1,170,912.23 for medical special and general damages, plus reasonable prejudgment interest. Gabriel Lasala is liable for 85% of this amount, totaling $995,275.40. Cantium, LLC is liable for 15% of this amount, totaling $175,636.83.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Dale Presser is awarded the cost of a nurse practitioner from the date of hire until Dale Presser reaches 55 years of age, which, considering a $120,000.00 per year salary under the Culver II calculation shall be $371,264.28. The cost of the nurse practitioner from the date of hire until the date of trial has been calculated post-tax as $164,683.29. Dale Presser is entitled to reasonable prejudgment interest on this amount. The cost of a nurse practitioner from the date of trial until Dale Presser reaches the age of 55 has been calculated post-tax as $206,580.99. Dale Presser is not entitled to reasonable prejudgment interest on this amount. Gabriel Lasala is liable for 85% of this total amount, totaling $315,574.63, and Cantium is liable for 15% of this amount, totaling $55,689.64.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Dale Presser's minor son, C.P. is awarded $64,525.26, plus reasonable prejudgment interest. Gabriel Lasala is liable for 85% of this amount, totaling $54,846.47, plus reasonable prejudgment interest. Cantium, LLC is liable for 15% of this amount, totaling $9,678.79, plus reasonable prejudgment interest.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Cantium, LLC is awarded $18,282.63 plus reasonable prejudgment interest. Gabriel Lasala is liable for 85% of this amount, totaling $15,540.24, plus reasonable prejudgment interest.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Foremost Insurance Company Grand Rapids, Michigan is awarded $193,221.10 plus reasonable prejudgment interest. Cantium, LLC is liable for 15% of this amount, totaling $28,983.17, plus reasonable prejudgment interest.

New Orleans, Louisiana, January 26, 2023.

Wendy B Vitter

**WENDY B. VITTER**
**United States District Judge**